**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | NO. 18-57520-WLH |
| WARKISSIE KEELEY HOLMES, | ) | JUDGE WENDY L. HAGENAU |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**OBJECTION TO CONFIRMATION**

COMES NOW FORD MOTOR CREDIT COMPANY, LLC A DELAWARE LIMITED LIABILITY COMPANY (hereinafter referred to as "FMCC"), a creditor of the above-named Debtor and files this its "Objection to Confirmation", of the Debtors' Plan of Reorganization, showing to this Court as follows:

1.

FMCC is a secured creditor of the Debtor, holding a duly perfected security interest in a certain 2014 Ford Fusion, Vehicle Identification No. 3FA6P0H9XER349186.

2.

The debt owed to FMCC is $19,130.27 (net balance).

3.

Based on the NADA Automobile Appraisal Guide, FMCC shows that its claim should be secured to the extent of $12,650.00 plus interest thereon at 6.5%. FMCC requests its post confirmation plan payment commence immediately upon confirmation to be paid concurrent with the debtor's attorney fees. Furthermore, FMCC

request pre and post confirmation adequate protection payments of $125.00 per month.

4.

Movant does not have and has not been offered adequate protection by Respondents. 11 U.S.C. 1326 (a)(1)(C) requires the Debtor to provide adequate protection directly to a creditor holding an allowed secured claim. The Debtor's plan fails to comply with 1326 (a)(1)(C) and as such FMCC request that confirmation be denied.

5.

The Plan, as proposed, does not provide to FMCC the present value of its claim and violates 11 U.S.C. Section 1325.

WHEREFORE, FMCC prays that confirmation be denied.

                         LEVINE & BLOCK, LLC

                    BY:  /s/ Ronald A. Levine
                         Ronald A. Levine,Esq.
                         [GA Bar No. 448736]
                         ATTORNEYS FOR MOVANT

P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567
F:\Autos 2\FMCC\18-57520\Objection.wpd

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served a copy of the within and foregoing "Objection to Confirmation" via electronic means as listed on the Court's ECF noticing system or by regular first class mail by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery upon the following:

Warkissie Keeley Holmes
703 Shore Lane
Lithonia, Georgia 30058

Howard P. Slomka, Esquire
Slomka Law Firm
Slomka Law Firm
2nd Floor
1069 Spring Street, NW
Atlanta, GA. 30309

Nancy J. Whaley, Esq.
Chapter 13 Trustee
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303


This 6th day of June, 2018.


                              LEVINE & BLOCK, LLC


                    BY:  /s/ Ronald A. Levine
                         Ronald A. Levine,Esq.
                         [GA Bar No. 448736]
                         ATTORNEYS FOR MOVANT

P.O. Box 422148
Atlanta, Georgia 30342
(404) 231-4567